**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 19, 2022

**BY ECF**
Honorable Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Kareem Garcia.**
**22 Cr. 274 (PAE)**

Dear Judge Engelmayer,

     With the consent of the Government, I write to request a 30-day adjounemt of the status conference, currently scheduled for July 21, 2022. The parties need additional time to discuss a pretrial resolution in this matter. Moreover, discovery was completed last week with a copy of the discovery made available to Mr. Garcia on July 18. The discovery is voluminous and includes electronic data from Mr. Garcia's phone and social media accounts, as well as surveillance footage, law enforcement reports, and cellsite data. Mr. Garcia needs additional time to review the and discuss the discovery with counsel.

     As mentioned, the Government does not oppose a 30-day adjournment. The Government requests the exclusion of time under the Speedy Trial Act. Mr. Garcia constents to the exclusion of time until the next pretrial conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York

cc: Patrick Moroney (ECF).

---

**GRANTED.** The Court adjourns the next conference until September 1, 2022 at 10:30 a.m. and excludes time pursuant to 18 § U.S.C. 3161(h)(7)(A) for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

SO ORDERED.

7/20/2022

_____
PAUL A. ENGELMAYER
United States District Judge