UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
UNITED STATES OF AMERICA       :
:    **ORDER**
- v. -                         :
:    22-CR-274 (PAE)
KAREEM GARCIA,                 :
:
Defendant.        :
:
------------------------------- x

This Order outlines the conditions of the defendant's temporary release from the Metropolitan Detention Center in order to attend his father's funeral, consistent with this Court's September 21, 2022 Order (ECF No. 28).

The defendant is to be produced to Room 550 of 500 Pearl Street by 11 a.m. on September 30, 2022, so that Pretrial Services can fit the defendant with a GPS monitoring device. After being fitted, the defendant shall be temporarily released, subject to the conditions and co-signers outlined in the defendant's April 15, 2022 bond (ECF No. 5). The defendant may attend his father's funeral on Sunday, October 2, 2022, in coordination with Pretrial Services.

The defendant shall surrender to the United States Marshals at 500 Pearl Street, Room 400, no later than 9 a.m. on Monday, October 3, 2022.

SO ORDERED:

Dated:   New York, New York
         September 28, 2022

The Clerk of Court is requested to terminate the motion at Dkt. No. 29.

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK